UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMON VAZQUEZ and NICHOLAS CAMPBELL on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARCH TELECOM INC.,<br><br>Defendant. | Civil Action No.  2:17-cv-8136-CCC-CLW<br><br>**NOTICE OF NO OBJECTION TO MOTION TO DISMISS THE COMPLAINT AND COMPEL ARBITRATION** |

Plaintiffs, Ramon Vazquez and Nicholas Campbell, by and through their undersigned counsel, hereby give notice of no objection to Defendant's Motion to Dismiss the Complaint and Compel Arbitration [D.E. 11], and agree to dismissal of this action without prejudice, and they will proceed with their claims in arbitration.

Dated: April 23, 2018

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: April 24, 2018

This matter is dismissed without prejudice. The Clerk of Court shall close the file.

Respectfully submitted,

s/ Michael J. Palitz
Michael J. Palitz
E-mail: mpalitz@shavitzlaw.com
**SHAVITZ LAW GROUP, P.A.**
830 3rd Ave, 5th Floor
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831

Camar R. Jones (to be admitted pro hac vice)
E-mail: cjones@shavitzlaw.com
Gregg I. Shavitz (to be admitted pro hac vice)
E-mail: gshavitz@shavitzlaw.com
**SHAVITZ LAW GROUP, P.A.**
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888

*Attorneys for Plaintiff and the Putative Collective*